371 A.2d 854

Commonwealth v. Garrett, Appellant.

Submitted February 23, 1976. Alan Rosenberg, for appellant; Laurence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.